**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JASON COLEMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:25-cv-00833** |
| | ) | |
| **WES GOLDEN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is the Report and Recommendation by Magistrate Judge Luke A. Evans ("R&R") (Doc. No. 34) recommending that the Court grant Defendants' motion to dismiss (Doc. No. 28) under Federal Rule of Civil Procedure 12(b)(6).  The R&R, issued on April 8, 2026, notified Plaintiff that any objections must be filed within fourteen days.  (Doc. No. 34 at 12). When service is made by mail, three additional days are added to the prescribed period.  Fed. R. Civ. P. 6(d).  In computing time, the Court excludes the day of the event that triggers the period, counts every intermediate day, and includes the last day of the period, unless the last day falls on a weekend or legal holiday, in which case the period continues to run through the next business day.  Plaintiff's deadline to object was April 27, 2026.  Plaintiff failed to timely object.

Because Plaintiff lodged no objections to the R&R, the Court reviews it for clear error only.  Fed. R. Civ. P. 72(b) advisory committee note of 1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).

The Court has reviewed the R&R for clear error and finds none.  Accordingly, the Court

**ADOPTS** the R&R (Doc. No. 34) in its entirety.  The motion to dismiss (Doc. No. 28) is

**GRANTED**.  This case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE